U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 21 - 2026
John M. Domurad, Clerk

**Laura T. Puzio**

3 Albright Avenue

Albany, New York 12203

**Honorable Mae A. D'Agostino**

James T. Foley U.S. Courthouse

445 Broadway

Albany, New York 12207

**Re: Gregory Conrad Puzio –**

**Inmate #45558, Booking ID #1059084**

Dear Judge D'Agostino,

I am writing this letter on behalf of my husband, Gregory Conrad Puzio, to offer insight into his character and the kind of man he truly is.

Gregory and I have been together for 22 years and married for 15 of those years. Over that time, I have come to know him not only as my husband but as a devoted father and a deeply caring person. Together, we have four sons, and our family has faced significant challenges that Gregory has always stepped up to meet.

Our children are 20, 14, 9, and 1 year old. Our oldest, who is 20, requires 24/7 care due to severe cerebral palsy. Our 14-year-old is on the autism spectrum. These circumstances can be overwhelming, but Gregory has always been present, patient, and committed. He plays an active role in their daily care and provides constant emotional and physical support. He does not hesitate to put his family's needs before his own.

Gregory is a loving father who leads with kindness, compassion, and strength. He has always worked hard for our family and has been a steady, reliable presence in our lives, especially during difficult times. His role in our home is not something that can easily be replaced.

I understand the seriousness of the situation before the Court, and I do not take that lightly. But as a mother and his wife, I am asking you to please see the human side of this situation. Our children depend on him in ways that go far beyond what words can fully express. Our oldest son relies on him every single

day for care, comfort, and stability, and our son with autism depends on his patience, consistency, and presence.

Our youngest child is only 1 year old and is at an age where he should be bonding with his father, yet he barely knows him right now. That reality is heartbreaking for our family.

The thought of our children facing life without him there each day is overwhelming. He is not just part of our family—he is a foundation of it. We need him, and our children need him.

I humbly ask for your compassion and consideration.

Thank you for taking the time to read my letter.

Respectfully,

**Laura T. Puzio**

Laura T. Puzio

8035 Bird Key Ct.
Myrtle Beach, SC 29579
March 29, 2026

The Honorable Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

RE: Gregory Conrad Puzio, Inmate No. 45558
Booking ID No. 1059084

Dear Judge D'Agostino:

Our names are Laura and Mark VanValkenburg, and we are aunt-in-law and uncle-in-laws, respectively, to Gregory Puzio. We have known Greg for over 20 years, while we lived and worked in the Capital District. We are writing because we love him for always putting his family first. We know Greg as a naive, quiet, and loving young man, who we believe made a life-altering mistake misusing the internet.

We are aware that Greg has pleaded guilty to receiving child pornography over the internet. We take this matter very seriously as parents and grandparents ourselves. However, we believe that this behavior is completely out of character and a shock to us as well as his immediate and extended families. We know Greg as a devoted husband to our niece, Laura Puzio, and an outwardly loving father to his four boys: Michael, [redacted] Greg had given much of his time, before his incarceration, caring for his eldest son, Michael, who was born with cerebral palsy due to medical negligence at birth.

Since Greg's 2025 arrest by the FBI at home in front of his family, Greg has been allowed no contact with his wife or children. Our niece tells us that she and their children are heartbroken and confused. We are a God-fearing family, and our niece, Laura, knows that her husband is a good Christian man with a big heart, who has always been his family's sole financial provider. Without him, Greg's family is struggling both emotionally and financially.

If given a reduced sentence, possibly community service, we believe that Laura and her children will readily shower Greg with their love for him through visits to his rehabilitation facility and eventually back at home, where we are certain his immediate and extended family will assist him with restarting his life.

Thank you for your time and consideration.

Respectfully yours,

Laura F. VanValkenburg

Mark E. VanValkenburg

cc: Laura Puzio
Jeremy Sporn, Esq.

**Michael J. Puzio**
3 Albright Ave
Albany, NY 12203

**Hon. Mae A. D'Agostino**
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**Gregory Conrad Puzio**
**Inmate Number: 45558**
**Booking ID: 1059084**

Your Honor,

I am writing to you on my own behalf to share what my father, **Gregory Conrad Puzio**, means to me and the kind of person he truly is. My father is not only a good man, but also my best friend. He has always been a constant, loving presence in my life—someone I can rely on no matter what I am facing. He has always loved spending time with our family and made it a priority to be present in our lives.

I have severe cerebral palsy as a result of complications and medical malpractice at birth. I am wheelchair-bound and use a communication device to speak. Because of this, I depend on others for many aspects of my daily life. My father has always been one of the most important people I rely on. He understands me, shows incredible patience, and takes the time to truly listen, even when communication is difficult. He has never made me feel different or less than—only loved, respected, and supported.

Throughout my life, he made sure we spent meaningful time together and created memories I will carry with me forever. Whether it was taking me to the mall, visiting the video game store, or simply getting me out of the house to be around others, those moments meant everything to me. They made me feel included, happy, and cared for.

What means even more is how he has supported me through my struggles, especially with my mental health. There were times when I felt overwhelmed and unsure how to cope, but my father never turned away from me. He listened without judgment, comforted me, and helped guide me through some of the most difficult moments in my life. His love gave me strength when I felt like I had none.

My father has always tried to be a positive influence in my life. He has shown me what it means to care deeply for others, to be present, and to never give up on the people you love. To me, he is more than just my father—he is my support system, my role model, and the person I trust most.

Because of my condition, his presence in my life is not only meaningful, but essential. Without him, I would experience a deep sense of loss and uncertainty. He plays a critical role in my emotional well-being and my ability to feel safe, supported, and understood.

I respectfully ask that you consider my words and see my father for the caring and devoted man that he is.

Sincerely,
**Michael J. Puzio**
Michael cannot sign due to his disability.

Ryleigh Chiarello
943 Congress St.
Schenectady, NY 12303

Honorable Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: Gregory Puzio
Inmate #45558 -
Booking ID#1059084

Dear Judge D'Agostino,

My name is Ryleigh Chiarello, and I have known Gregory Puzio and his family for many years. Growing up without a father, I came to see Gregory as a father figure who offered me guidance, support, and kindness when I needed it most. His family welcomed me and treated me as if I were their own child, giving me a sense of belonging I had never experienced before. I have also seen how devoted he is to his children, always present and working hard to provide for them and to stand by them through challenges.

I respectfully ask that you take into account the positive role Gregory has played in my life and in the lives of his children. To me, he has been the father I never had, and I remain deeply grateful for his influence.
Thank you for your time and consideration.

Sincerely,

Ryleigh Chiarello
Ryleigh Chiarello

6019 Baneberry Dr.
Schenectady, NY 12303
March 25, 2026

The Honorable Mae D'Agostino
United States District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Dear Honorable D'Agostino,

I am writing to you regarding the sentencing of my brother-in-law, Gregory C. Puzio (Learners ID #4558 / Booking #1059084). I want to begin by expressing my sincere acknowledgment of the seriousness and deeply troubling nature of his offense. There are no excuses for his actions, and I fully recognize the harm and gravity associated with this type of crime. It is devastating to all involved, and I know he carries profound remorse for the choices that brought him before you.

At the same time, I respectfully ask that you consider the full scope of who he is as a person, particularly the role he has played within his family and the life he has built outside of this offense. He has been a devoted husband for 15 years and a father to four children who rely on him deeply. One of his children has cerebral palsy, and since birth, he has been a constant, hands-on caregiver—providing not only financial support but also daily physical care, emotional stability, and unwavering dedication.

He is the sole provider for his family, and his absence has had a significant impact on their stability and well-being. Beyond financial support, he has always been present and involved in every aspect of his children's lives—school, activities, medical needs, and the everyday moments that define a caring and engaged parent.

Our extended family knows him as someone who has consistently shown love, generosity, and commitment. While we are heartbroken and deeply disappointed by his actions, we have not turned away from him. He has a strong support system and a stable home to return to upon his release—an environment that will hold him accountable while also supporting his continued rehabilitation and commitment to change.

He understands that he must take full responsibility for his actions, and I believe he is genuinely remorseful and committed to making meaningful changes in his life. This experience has profoundly affected him, and he has expressed a desire to seek help, grow, and ensure that he never causes harm again.

I respectfully ask that you take these factors into consideration during sentencing. While accountability is necessary, I hope there may also be room for compassion—recognizing both the seriousness of the offense and the potential for rehabilitation, as well as the impact his absence has on his children who depend on him so greatly.

Thank you for your time, consideration, and the difficult responsibility you carry in making these decisions.

Respectfully,

Mary Wilkes

2092 Fiero Ave
Schenectady, NY 12303
March 26,2026

The Honorable Mae D'Agostino
United States District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: Gregory Conrad Puzio – Inmate #45558, Booking ID #1059084

Dear Honorable D'Agostino,

I am writing on behalf of my brother-in-law, Gregory C. Puzio, whom I have known for 22 years. I'd like to offer the Court with a fuller picture of his character and the role he plays in the lives of those who depend on him. I have come to know Gregory as a devoted father, and a compassionate person whose life centers around his family. Gregory is always willing to help others when they are in need.

He is the father of four children and the sole provider for his household, working hard to give them stability and care. His dedication is especially evident in the way he supports one of his children who has cerebral palsy. He approaches that responsibility with patience, strength, and unwavering commitment, always putting his children's needs first.

I want to acknowledge that I understand the seriousness of the offense before the Court. Our family does not take this lightly. I have seen genuine remorse in him and a deep sense of regret for his actions. He recognizes the impact of his decisions and is committed to making better choices moving forward.
He has a strong support system at home that will help guide him through this process and support his rehabilitation. His family is devastated by the situation and the possibility of his absence, as they rely on him not only financially, but emotionally and physically each day.

In all the years I have known him, he has been dependable, hardworking, and present for his family. His role in his children's lives is significant, and his absence would place a heavy burden on them, especially given the needs within his family. His children want their father.

I respectfully ask the Court to consider his character, his remorse, his role as the sole provider, and the support system in place as you make your decision. Thank you for your time and consideration.

Respectfully,
Rene Kurick

**Karen & John DeRouville**

180 Schoolhouse Rd

Albany, NY 12203

**Hon. Mae A. D'Agostino**

James T. Foley U.S. Courthouse

445 Broadway

Albany, NY 12207

March 24, 2026

**Re: Gregory Conrad Puzio**

**Inmate: 45558 |Booking ID: 1059084**

Your Honor,

We are writing this letter as the in-laws of Gregory Conrad Puzio. Our names are Karen and John DeRouville, and we have known Gregory for over two decades as a devoted husband to our daughter and a loving, hands-on father to his children.

Over the years, we have watched Gregory build his life around his family. He has always been present, patient, and deeply committed—not just in words, but in his daily actions. His role in his family is not simply important, it is essential. Gregory has helped shoulder the immense responsibility of raising their children, including caring for their special needs children who require constant attention, patience, and support. These challenges require strength, compassion, and unwavering dedication, and Gregory has never turned away from that responsibility.

Some of the moments that stand out most to us are the times we spent together as a family, especially our trips to the Six Flags theme parks. Those were not just outings—they were memories filled with laughter, excitement, and togetherness. We remember Gregory making sure every child felt included, making them smile, and creating a sense of happiness and normalcy that every family hopes for. He wasn't just there—he was engaged, attentive, and full of love. Those are the moments that define who he truly is.

Since his absence, there has been a deep and painful void in our family. It is felt every day—in the quiet moments, in the struggles, and in the overwhelming responsibilities that now fall heavier on those left behind. His children are growing without their father's presence, and that absence is something that cannot be replaced.

We understand the seriousness of the matter before the Court, and we do not take it lightly. However, we respectfully ask that you look at Gregory as more than his circumstances. He is a husband, a father, and a man whose family depends on him in ways that are profound and constant.

We ask, from the bottom of our hearts, that you show leniency. Gregory is needed at home—not just to provide, but to love, support, and help carry the weight of a family that is struggling without him. His absence is not just difficult—it is devastating. Bringing him home would mean restoring stability, support, and a sense of wholeness to a family that truly needs him.

Thank you for your time, your understanding, and your consideration.

**Respectfully,**

**Karen DeRouville**

**John DeRouville**

TO: Jeremy Sporn,
Thank you for all that you've done to help my son.

TO: Judge May Dabostino Your Honor,
My name is Kenneth Puzio. Gregory Puzio is my son. I'm sorry that my spelling and grammer isn't the greatest. I'm writing you to defend my son. It seem like ever one is trying to persecute Greg. I'm writing you to say that Greg is not a monster. I'm telling you that Greg has always had the best interest for his wife and children. For 20 years Greg and Laura have done a remarkable job on raising 4 kids. Things haven't been easy for Greg & Laura.
Michael the eldest has cerebral palsy. For 20 years Greg has fought hard to get Michael finiacal aide for treatments and education.
[redacted] is Gregs second oldest son. [redacted] has autism. Greg was getting the proper help + treatment for him. I just found out that [redacted] Greg third son some kind of behavior disorder.
[redacted] Greg & Laura new born so far seems normal with the exception that he needs classes. Greg and Lauras life has been dedicated to raising their children. The children truely miss & love their father. Greg & Laura were child hood sweet hearts. They never had much time to enjoy life with each other alone. Greg and Laura never complained. No father could be prouder than I am of Greg for all the responsibility that he had taken on.
Your Honor:
Greg would never hurt or touch any child including his own

Before Gregs case went Federal, he was staying with me AND my Girl Friend. He also was staying At my brothers house. my Brother steve was Gregs Favorite uncle. ON october 27, 2025 steve Passed away from Brain cancer. I have three sisters that all Have health Problems. my sister Darlene Has terrible migraines AND stomach disorders. my sister Donna has Been Part of Greg Life. She Has STAGE 4 Breast cancer + Heart Problems. my sister Denise Lives in south carolina AND is one of his Favorite aunts. Denise Has Lupus. I Have A-fib Heart condition, COPD, Rheumatoid ARTHRITIS. I also had Prostate cancer. I'm telling you a little about my & Gregs medical History to Let you know what stress were under.

Your Honor

Gregory Has Lost every Thing. He Lost a Good Job with the Post office. He Lost his family vechile and money. Greg has a order of Protection. Laura Really would to see him Before he sent away. Laura Really misses and Loves Greg. She Doesn't want a Divorce. Laura Didn't want a order of Protection Againt Greg. my Girl Friend Barbara has Tried to Help Laura through this terrible time. I wish I could Afford a Specialty Lawyer. I'm Trying to help Laura with some of the Bills. I'm also helping Greg with inside and outside commensary. I Posted $20,000 for the state Bail. I thought I would Get that Back seeing that Greg is in Jail AND Not a Flight Risk. Laura Parents John & Karen have helped Greg & Laura with money, Rides to appointments & shopping.

Your Honor:

Greg has never been in trouble his entire life. Gregs mother Vickie lives in Florida. She writes Greg and tries to keep his spirits up and give him hope. Laura & Karen and John forgive Greg + love Greg. I can't find anyone that knows Greg, that doesn't like him. Greg has a personality that makes you laugh & smile. Like I told Greg I'll never turn my back on you, Good or Bad I'm there for you.

Again Your Honor

Please help my son. I love Gregory and want the best for him. I want him to be Happy, Safe and Home.

Thank you for anything you can do to help my son and I.

Kenneth [signature]